UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY R. MCCALIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-04457-TAB-SEB |
| ) | |
| NANCY A. BERRYHILL Deputy Commissioner ) | |
| for Operations, Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

The Court, having found in favor of Defendant Nancy A. Berryhill and against Plaintiff Kelly R. McCalip, enters judgment in favor of Defendant and against Plaintiff. Accordingly, Plaintiff shall take nothing by way of her complaint. The decision of the Commissioner is affirmed.

Date: 7/9/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution: All ECF-registered counsel of record by email.